**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CALHOUN, | No. C 10-3105 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. SANCHEZ; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new civil rights action if his disciplinary decision is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 24, 2011

_____
SUSAN ILLSTON
United States District Judge